JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID MIKHAEL, et al.**<br><br>Defendants. | Case No.  SACV 14-01463 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants David Mikhael, individually and doing business as Vape Escape, Kimberly Mikhael, individually and doing business as Vape Escape and Vape Escape, LLC, an unknown business entity doing business as Vape Escape upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants David Mikhael, individually and doing business as Vape Escape, Kimberly Mikhael, individually and doing business as Vape Escape and Vape Escape, LLC, an unknown business entity doing business as Vape Escape,, shall pay the plaintiff, J & J Sports Productions, Inc., $6,600.00 in total damages.

///

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: May 19, 2016

_____

William Keller
United States District Judge